IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**NICHOLAS D. PEARSON,**

    Petitioner,

v.

**JUDGE DEBRA VOGT,**

    Respondent.

**Civ. No. 6:16-cv-01978-JR**

OPINION and ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 12) and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

Therefore, Judge Russo's Findings and Recommendation (ECF No. 12) is adopted in its entirety and Pearson's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED and this action is DISMISSED.

IT IS SO ORDERED.

DATED this 1st day of June, 2017.

/s/ Michael J. McShane
Michael J. McShane
United States District Judge